1022

No. 72–1657.   F. H. McGraw & Co. v. Fellows Corp. C. A. 3d Cir.   Certiorari denied.

No. 72–1719.   Bender v. United States.   Ct. Cl. Certiorari denied.

No. 72–6710.   Bjerkan v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 72–6764.   Fitzgerald v. Williams.   Ct. App. D. C.   Certiorari denied.

No. 72–6874.   Nichols v. Clanon, Prison Superintendent.   Sup. Ct. Cal.   Certiorari denied.

No. 72–6892.   Heberling v. Wyoming.   Sup. Ct. Wyo.   Certiorari denied.

No. 73–46.   New Orleans Steamship Assn. v. General Longshore Workers, I. L. A., Local Union No. 1418 et al.   C. A. 5th Cir.   Certiorari denied.

No. 73–72.   Peerless Pressed Metal Corp. v. International Union of Electrical, Radio & Machine Workers, AFL–CIO, et al.   C. A. 1st Cir.   Certiorari denied.

No. 73–140.   Agrashell, Inc. v. Hammons Products Co.   C. A. 8th Cir.   Certiorari denied.

No. 73–146.   Winn v. Florida State Board of Nursing.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 73–178.   Board of Education of the City of Chattanooga, Tennessee, et al. v. Mapp et al.; and No. 73–188.   Board of Commissioners of the City of Chattanooga et al. v. Mapp et al.   C. A. 6th Cir. Certiorari denied.   Reported below: 477 F. 2d 851.